```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

Latangia Anderson,              :

       Petitioner      :   Case No. 2:11-cv-00403

  v.                            :   Judge Graham

Warden, Ohio Reformatory for Women,Magistrate Judge Abel

       Respondent      :

**ORDER**

    Petitioner Latangia Anderson brings this action under 28 U.S.C. §2254 challenging her sentence for murder.  This matter is before the Court on Magistrate Judge Abel's July 5, 2011 Report and Recommendation that this case be transferred to the United States District Court for the Northen District of Ohio at Cleveland.

    No objections to the Report and Recommendation have been filed.  Accordingly, this action is TRANSFERRED to the United States District Court for the Northern District of Ohio at Cleveland.


Date: July 28, 2011                    s/James L. Graham
                                      James L. Graham
                                      United States District Judge